■ DOLLY HOKAYEM et al., Appellants, v SCOTT LELAND, Defendant, and LAWRENCE FATTORUSSO, Respondent. [640 NYS2d

763] —In a negligence action, the plaintiffs appeal from an order of the Supreme Court, Kings County (Vaccaro, J.), dated August 9, 1994, which, *inter alia,* granted the motion of the defendant Lawrence Fattorusso to vacate a default judgment entered against him for failing to answer the complaint and granted him leave to serve a late answer.

Ordered that the order is reversed, as a matter of discretion, with costs, and the motion is denied.

In moving to vacate a default judgment entered against him, the respondent was required to establish both a valid excuse for the default and a meritorious defense to the underlying action (*see, Matter of Hostomsky v Electronic Data Sys. Corp.,* 214 AD2d 733; *Schiavetta v McKeon,* 190 AD2d 724). In this case, the respondent failed to proffer a reasonable excuse for his delay of seven months in serving an answer. The record shows a pattern of repeated neglect and intentional default. Accordingly, it was an improvident exercise of discretion to vacate the default judgment (*see, Torres v Houses "R" Us,* 182 AD2d 684; *Perellie v Crimson's Rest.,* 108 AD2d 903; *Passalacqua v Banat,* 103 AD2d 769). Balletta, J. P., Sullivan, Joy and Krausman, JJ., concur.